PANOLA COUNTY, MS 1ST DIST
I certify this instrument was filed on
01-29-2007 03:38:01 PM
and recorded in Deed Book
2007 at pages 100 - 106
Taxes R. Pitcock

*Bruce T. Dawkins Sr.*

Indexing Instructions: Pt NW ¼ of SW ¼

QUITCLAIM DEED

STATE OF MISSISSIPPI
COUNTY OF PANOLA

FOR AND IN CONSIDERATION of the sum of Ten and no/100 (10.00) Dollars, this day, cash in hand paid, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned S & S Properties, LLC, does hereby grant, bargain, sell, convey, and quitclaim unto, William Holyfield all of its interest, if any, conveyed to Grantor by Tax Sale and Chancery Clerk's Conveyance Land Sold for Taxes (herein referenced) in the following described real estate lying and being situated in Panola County, Mississippi, to-wit:

103912900000 0002600 LOT (130 X 167.5) PT NW ¼ SW ¼ DB B8/503 Deed Bk/Pg
B8/00503 Sec. 29 Twp. 06 R. 07

This conveyance made subject to all applicable restrictive covenants, easements, right-of-way and oil and minerals that may have been previously reserved. Grantor purchased the 2001 tax at the August 26, 2002 Panola County Tax Sale and received a Chancery Clerk's Conveyance Land Sold for Taxes dated November 15, 2005 and filed for record in the office of the Chancery Clerk of Panola County, Mississippi on November 16, 2005, at 1:06 p.m., and recorded in said office in Deed Book 2005 Page 1727. This Instrument does not cover any rights of the Grantor arising out of tax sales subsequent to August 26, 2002. Grantor herein shall not be responsible for any taxes due, or to become due on the above described property. This quitclaim deed is without warranty of any kind and Grantee accepts said property in an as is condition.

Witness my signature on this the _____22ND_____ day of ___JANUARY___, 2006.

S & S Properties, LLC

By, _____

Hugh Stephens, Member

STATE OF TENNESSEE
COUNTY OF SHELBY

Personally appeared before me, the undersigned authority in and for the state and county aforesaid, on this 22 day of January 2006, within my jurisdiction, the within named Hugh Stephens who acknowledged that he is a member S & S Properties, LLC, a Mississippi member managed limited liability company, and the that he executed and delivered the above and foregoing quitclaim deed on behalf of said limited liability company as its own act and deed, he having been duly authorized to do so.

*Virginia D. Pemberton*
Notary Public

My Commission Expires: *March 11, 2008*

Prepared by Grantor
Grantor:
S & S Properties, LLC
4064 Robinwood Cove
Memphis, TN 38111
901-579-4208

Grantee:
William Holyfield
P. O. Box 176
Como, MS  38619
662-457-7788


NOTARY
PUBLIC
AT
LARGE
VIRGINIA D. PEMBERTON
SHELBY COUNTY
MY COMM. EXP 3-11-08

Exhibit B