CHANCERY CLERK'S CONVEYANCE
LAND SOLD FOR TAXES
(Section 9958, Code of 1942)

THE STATE OF MISSISSIPPI
PANOLA COUNTY

Receipt No. 2001-000006218-00
Parcel 103912900000  0002600

Be it known that, DAVID GARNER, Tax Collector of said County PANOLA COUNTY did, on the 26TH day of AUGUST 2002 according to law, sell the following described land, situated in said County and assessed to WHITEHEAD JOYCE LEWIS

| Description of Property | Deed Bk/Pg | Sec. | Twp. | Range | Acres |
|---|---|---|---|---|---|
| 103912900000  0002600 LOT (130X157.5) PT NW 1/4 SW 1/4 DB B8/503 | B8/00503 | 29 | 06 | 07 | |

for the taxes assessed thereon for the year 2001 when S & S PROPERTIES LLC became the best bidder therefore, at and for the sum of 452 dollars and 91 cents  $452.91
and the same not having been redeemed, I therefore sell and convey above described land to the said S & S PROPERTIES LLC

Given under my hand and official seal of office, This the 15TH day of NOVEMBER 2005.

_James R. Pitcock_  CHANCERY CLERK

COSTS TO BE PAID BY PURCHASER WHEN THIS DEED IS MADE

| | |
|---|---|
| Recording Tax Conveyance Section 25-7-9 | 11.00 |
| TOTAL RECORDING COST | 11.00 |
| County actual postage fee Section 27-43-3 | 4.42 |
| Publishers actual fee pd by county Section 27-43-3 | 6.00 |
| TOTAL DUE TO COUNTY | 10.42 |
| Identify record owners Section 27-43-3 | 20.00 |
| Recording list each subdivision Section 25-7-21 (4)(a) | 1.00 |
| Issue Sheriffs notice Section 27-43-3 | 2.00 |
| Mail 1st owners notice Section 27-43-3 | 1.00 |
| Mail 2nd owners notice Section 27-43-3 | |
| Issue Lienors notice Section 27-43-11 | 7.00 |
| Recording each redemption Section 25-7-21(4)(d) | 6.00 |
| Abstracting each subdivision Section 25-7-21(4)(e) | 1.00 |
| Certify amount to redeem Section 25-7-9 (1)(a) | 1.00 |
| Certify release from sale Section 25-7-9(1)(a) | 1.00 |
| TOTAL AMOUNT DUE TO CHANCERY CLERK | 40.00 |
| GRAND TOTAL | 61.42 |

2005  1727
Recorded in the Above
Deed Book & Page
11-16-2005 01:06:35 PM
James R. Pitcock
PANOLA COUNTY, MS 1ST DIST

FILED
OCT 3 0 2008
W. JOE REID
CIRCUIT CLERK

Exhibit C

STATE OF MISSISSIPPI, PANOLA COUNTY

Personally appeared before me, the undersigned authority -- law in and for the County and State, aforesaid the within named, JAMES R. PITCOCK Chancery Clerk, in and for said County and State, who acknowledged that he signed and delivered the foregoing instrument on the day and year therein mentioned.

Given under my hand and official seal of office at my office this 15TH day of NOVEMBER 2005.

Title: Circuit Clerk

Prepared by: Grantor
JAMES R. PITCOCK
151 PUBLIC SQUARE
BATESVILLE MS  38606
662-563-6205

Return to: Grantee
S & S PROPERTIES, LLC
4064 ROBINWOOD COVE
MEMPHIS, TN  38111
(501) 928-2706

2005  1728
Recorded in the Above
Deed Book & Page
11-16-2005 01:06:35 PM
James R. Pitcock
PANOLA COUNTY, MS 1ST DIST

PANOLA COUNTY, MS 1ST DIST
I certify this instrument was filed on
11-16-2005 01:06:35 PM
and recorded in Deed Book
2005 at pages 1727 - 1728
James R. Pitcock