*Affidavit m.o.s.*
*Book 2005, pg 1722*
*James R. Pitcock, Clerk*
*By: Mary Jo Foster, D.C.*

*Tax Deed*
*Book 200_ pg 1722*
*James R. _tock, Clerk*
*By: Mary Jo Foster, D.C.*

*Deed prepared by:*
*William B Wallace*
*P.O.B 176*
*Como, MS 38619*
*526-5418*

## WARRANTY DEED

For and in consideration of the sum of Ten Dollars ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, I, WILLIAM B. WALLACE, do hereby sell, convey and warrant unto JOYCE LEWIS WHITEHEAD, the following described property and more accurately described as follows:

> A part of the Southwest Quarter of Section 29, Township 6 South, Range 7 West, located in the First Judicial District of Panola County, Mississippi, and being more particularly described as follows:
>
> Commencing at the most probable location for the Southwest corner of said Section 29; thence run North along the West line of Section 29 a distance of 1800.00 feet to the point of beginning; run thence East 502.6 feet to a point; run thence North 130.0 feet to a point; run thence West 502.6 feet to a point; run thence South 130.0 feet to the point of beginning and containing 1.5 acres more or less.

The hereinabove described property constitutes no part of the homestead of the Grantor.

All ad valorem taxes for the year 1995 will be paid by the buyers.

WITNESS the signature of the Grantor on this the 10th day of August, 1995.

_____William B Wallace_____
WILLIAM B. WALLACE

GRANTEE'S ADDRESS:
Route 1, Box 153G
Crenshaw, MS  38621
Tele: (601) 561-0451

GRANTOR'S ADDRESS:
P. O. Box 176
Como, MS  38619
Tele: (601) 526-5418

STATE OF MISSISSIPPI
COUNTY OF PANOLA

Before me, the undersigned authority in and for the aforesaid county and state, this day personally appeared the above named WILLIAM B. WALLACE, who acknowledged that he signed and delivered the foregoing deed on the date therein written as his free and voluntary act and deed.

Given under my hand and official seal on this the 10th day of August, 1995.

_____ L. Wallace _____
NOTARY PUBLIC

(SEAL)

My commission expires:

*NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE*
*MY COMMISSION EXPIRES APRIL 12, 1997*
*BONDED THRU HEIDEN-BLANCHETTI, INC.*

B.8/503

Exhibit D

