**STATE OF MISSISSIPPI**

Certificate No. _____

**CERTIFICATE OF MOBILE HOME AS REAL ESTATE** — H.B. 824 1982 Session

Taxing District __1110__ County __Panola__ City __N/A__ School __North__

Owner __Tommy Green & Freddie Figures__ __P+1 Box 125L__ __Como__ __Ms__ __38619__
   Name of Owner    Address    City    State    Zip

Make of Mobile Home: __Hill Country__ __1988__ __66 X 14__ __111128__
   Manufacturer    Year  Length  Width  Serial Number

Legal Description __1-83-8-4.28__
   Site where Mobile Home is affixed to a permanent foundation

S __8__ T __7__ R __7__

Dated at __Batesville__, Miss. This __13__ Day __May__ 19 __92__

Tax Assessor __D. Hamer__    D.T.A. __M. Foster__

Phil Webb-M49027A

---

**STATE OF MISSISSIPPI**    12 °°

Certificate No. _____

**CERTIFICATE OF MOBILE HOME AS REAL ESTATE** — H.B. 824 1982 Session

Taxing District __1110__ County __Panola__ City __N/A__ School __North__

Owner __Lisa Oliver & Joyce Whitehead__ __PO Box 58__ __Como__ __Ms__ __38619__
   Name of Owner    Address    City    State    Zip

Make of Mobile Home: __Redman__ __1997__ __76 X 28__ __14719008__
   Manufacturer    Year  Length  Width  Serial Number

Legal Description __1.5 acres__ __1-39-29-1.92__
   Site where Mobile Home is affixed to a permanent foundation

S __29__ T __6__ R __7__

Dated at __Batesville__, Miss. This __7__ Day __May__ 19 __92__

Tax Assessor __D. Hamer__    D.T.A. __M. Foster__

Phil Webb-M49027A

---

**STATE OF MISSISSIPPI**    12 °°

Certificate No. _____

**CERTIFICATE OF MOBILE HOME AS REAL ESTATE** — H.B. 824 1982 Session

Taxing District __6120__ County __Panola__ City __N/A__ School __North__

Owner __Patricia A Wilson__ __P+1 Box 29__ __Sardis__ __Ms__ __38666__
   Name of Owner    Address    City    State    Zip

Make of Mobile Home: __Peachstate__ __1996__ __60 X 24__ __7893__
   Manufacturer    Year  Length  Width  Serial Number

Legal Description __1 ac.__ __1-124-20-29.16__
   Site where Mobile Home is affixed to a permanent foundation

S __20__ T __8__ R __6__

Dated at __Batesville__, Miss. This __12__ Day __May__ 19 __92__

Tax Assessor __D. Hamer__    D.T.A. __M. Foster__

Phil Webb-M49027A

Exhibit F

Panola County
First Judicial District

Filed at __10:00 A.M.__ on
__June 24__ 19 __97__
in the office of Chancery Clerk in
Sardis, Mississippi and
Recorded on __6-24__ 19 __97__
in Book __B-13__ at page __159__ in the
Records of __Land Deeds__
__Sally H. Fisher__, Clerk
By: __Grace J. Dawkins__ D.C.

Panola County
First Judicial District

Filed at __10:00 A.M.__ on
__June 24__ 19 __97__
in the office of Chancery Clerk in
Sardis, Mississippi and
Recorded on __6-24__ 19 __97__
in Book __B-13__ at page __159__ in the
Records of __Land Deeds__
__Sally H. Fisher__, Clerk
By: __Grace J. Dawkins__ D.C.

Panola County
First Judicial District

Filed at __10:00 A.M.__ on
__June 24__ 19 __97__
in the office of Chancery Clerk in
Sardis, Mississippi and
Recorded on __6-24__ 19 __97__
in Book __B-13__ at page __159__ in the
Records of __Land Deeds__
__Sally H. Fisher__, Clerk
By: __Grace J. Dawkins__ D.C.

-160-