2005 1725
Recorded in the Above
Deed Book & Page
11-16-2005 01:03:16 PM

# PROOF OF PUBLICATION OF NOTICE

# State of Mississippi Panola County

Having personally appeared before me, the undersigned Authority, in and for the County and State aforesaid, Beverly Boyett, who being by me first duly sworn, states on oath that he is, as manager, a representative of

***The Southern Reporter***

a newspaper published in the City of SARDIS, in the First Judicial District of Panola County, State of Mississippi, and that the publication of the notice, a copy of which is hereto attached, has been run in said paper one (1) time as follows:

**Vol. 149, No. 38, On the 10th day of June, 2004**

and that said newspaper was established more than twelve (12) months prior to the date of the first publication of said notice.

Sworn to and subscribed before me, this 14th day of July, 2004

Beverly Boyett [signature]

Notary Public [signature]

18, 2006

Exhibit G

# WILL MATURE TO PURCHASER ON AUGUST 26, 2004

FRANKLIN D. ABRAHAM 2001-000005[illegible]-00
318356002418 320000300 UNITED COMPANIES LENDING BATON ROUGE LA 70821
SEC-00 TWN-00 RGE LOT (50X127) - PT BLK 58 - [illegible]
SKL INVESTMENTS, INC 2001-000017291-00

FRANKLIN D. ABRAHAM 2001-000005[illegible]-00
1237P3500000 0004036 VAUGHAN MARY J HEFFINGTON MEMPHIS TN 38141
SEC-35 TWN-10 RGE07 LOT (148X240.5) PT N 1/2 SE 1/4 (LOT 93-A) DB 88/677
DESTINY 98 2001-000019309-00

FRANKLIN D. ABRAHAM 2001-000005450-00
1119.3200000 0000200 WALLER JOHN THOMPSON & TAYLOR MS 38673
SEC-32 TWN-08 RGE08 76 ACC PT N 1/2 E 1/2 L6/496
SKL INVESTMENTS, INC 2001-000019493-00

DESTINY 98 2001-000010[illegible]-00
3137J0004050 20003900 WALTER BEDFORD L BATESVILLE MS 38606
SEC-36 TWN-08 RGE07 LOT (127X[illegible]) PT SW 1/4 SE 1/4 DB 33/409
SKL INVESTMENTS, INC 2001-000019[illegible]-00

MICHAEL E SIMON 2001-000018320-00
1038.2700000 0000205 WARD JOSEPH D ETUX COMO MS 38619
SEC-27 TWN-06 RGE07 6 AC PT N1/2 NW1/4 DB 820/499
SINECURE INVESTMENTS LLC 2001-000006023-00

STATE OF MISSISSIPPI 2001-000005[illegible]-00
1131 0[illegible] 0602[illegible] WATSON CAREY ETUX
SEC-01 TWN-0[illegible] RGE07 1 AC PT W 1/2 SE 1/4 DB 317/87
FRANKLIN D. ABRAHAM 2001-00000[illegible]-00

S & S PROPERTIES LLC 2001-000005915-00
4006000000200 0002200 WATSON WILLIE E ETUX SARDIS MS 38666
SEC-00 TWN-00 RGE PT LOTS 38 & 39 [illegible] BUCHANAN S/D PB [illegible] 1/16 DB 490/400
SINECURE INVESTMENTS LLC 2001-00000[illegible]-00

JOHN K DENSKO 2001-000005516-00
3[illegible] 0602609 WEAVER JAMES E ETUX BATESVILLE MS 38606
SEC-00 TWN-00 RGE LOT 26 & PT LOT 27 VILLA COX S/D PB 1A [illegible] DB [illegible]
SKL INVESTMENTS, INC 2001-00001[illegible]-00

SKL INVESTMENTS, INC 2001-000018[illegible]-00
2079J0002900 0002900 WHALEY WALT NESBIT MS 38651
SEC-00 TWN-00 RGE 1.6 ACC LOTS 37-39 INCL RIDE-A-WAY HILLS S/D SEC A PB 5-1/34 DB 815/517
MISSISSIPPI LAND CO INC 2001-000006192-00

MISSISSIPPI LAND CO INC 2001-00000[illegible]-00
2079J0002700 0002600 WHALEY WALT MEMPHIS TN 38131
SEC-00 TWN-00 RGE LOT 40 (180X213) RIDE-A-WAY HILLS S/D SEC A PB 5-1/34 DB 815/[illegible]
FRANKLIN D. ABRAHAM 2001-000006193-00

SKL INVESTMENTS, INC 2001-000018411-00
* 1039121900000 0001600 WHITEHEAD JOYCE LEWIS COMO MS 38619
SEC-29 TWN-06 RGE07 LOT (130X167.5) PT NW 1/4 SW 1/4 DB 68/509
S & S PROPERTIES LLC 2001-000006218-00 *

SKL INVESTMENTS, INC 2001-000018412-00
1039121900000 0002601 WHITEHEAD LISA COMO MS 38619
SEC-29 TWN-06 RGE07 1AC PT NW1/4 SW1/4 DB 481/271
JOHN K DENSKO 2001-000006219-00

SINECURE INVESTMENTS LLC 2001-000005567-00
1205 1600000 0000100 WHITWORTH VERA G BATESVILLE MS 38606
SEC-16 TWN-09 RGE08 1.5 AC PT N 1/2 NE 1/4 NE 1/4 DB 87/618
DESTINY 98 2001-000019926-00

JOHN K DENSKO 2001-000005568-00
1050 3400000 0002000 WILBOURN BEULAH H CHESHMAN MS 38621
SEC-34 TWN-06 RGE09 2 AC PT SE 1/4 SW 1/4 499/427
FRANKLIN D. ABRAHAM 2001-000006237-00

MISSISSIPPI LAND CO INC 2001-000005569-00
1049 1900000 0000900 WILBOURN [illegible] COMO MS 38619
SEC-19 TWN-06 RGE09 LOT [illegible] DB [illegible]
STATE OF MISSISSIPPI 2001-0000062[illegible]-00

SINECURE INVESTMENTS LLC 2001-000005571-00
1027 2500000 0002700 WILBOURN JAMES EARL ETUX COMO MS 38619
SEC-25 TWN-06 RGE06 1 AC PT N 1/2 SE 1/4 SE 1/4 DB A-89/307
S & S PROPERTIES LLC 2001-000006256-00

2005 1726
Recorded in the Above
Deed Book & Page
11-16-2005 01:03:16 PM
James R. Pitcock
PANOLA COUNTY, MS 1ST DIST

PANOLA COUNTY, MS 1ST DIST
I certify this instrument was filed on
11-16-2005 01:03:16 PM
and recorded in Deed Book
2005 at pages 1722 - 1726
James R. Pitcock
Mary Jo Foster D.C.