IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 NO.:

WILLIAM HOLYFIELD                                              08-10735-DWH

L.V. WHITEHEAD AND JOYCE WHITEHEAD                             PLAINTIFFS

v.                                                             Adv. Proc. No. 09-01177-DWH

WILLIAM HOLYFIELD, ET AL                                       DEFENDANTS

TRUSTEE'S ANSWER TO COMPLAINT

COMES NOW Trustee, Locke D. Barkley, by and through counsel, and files this Answer to the Plaintiff's *Action to Determine Title to Certain Personal Property, for Delivery of the Personal Property to the Plaintiffs, for Damages Relating to the Conversion of the Personal Property by the Defendant and to Deny Discharge of a Specific Debt* and in support thereof states as follows:

Trustee is without sufficient information to deny or admit the allegations set forth in the Complaint, therefore, all such allegations are denied.  Trustee denies Plaintiff is entitled to monetary damages from Trustee.  Trustee denies that she has possession of the mobile home.  Trustee's ability to deliver possession is limited soley to the extent that the Trustee and the bankruptcy estate may have in the mobile as allowed by law.

WHEREFORE, PREMISES CONSIDERED, Trustee, Locke D. Barkley, prays that upon notice and hearing that this Court enter its order and for such other relief to which Trustee and this bankrupt estate may be entitled.

Dated: October 8, 2009

Respectfully submitted,
LOCKE D. BARKLEY, TRUSTEE

BY:  /s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB #10645
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 55829
JACKSON, MS 39296-5829
601/355-6661

## C E R T I F I C A T E

I, W. Jeffrey Collier, Attorney for Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the following attorneys of record and/or parties of interest:

Office of the U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

David L. Calder, Esq.
davidcalder@bellsouth.net
davidcalder23@gmail.com
dhensley@olemiss.edu
ldmurphy@me.com
tjbrock@olemiss.edu

C. Gaines Baker, Esq.
cgbaker@panola.com

William Holyfield
Post Office Box 775
Como, MS  38619

Unknown Tenants
15082 Old Panola Road
Como, MS  38619

William B. Wallace
302 East Street
Como, MS  38619

Dated: October 8, 2009

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER